**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2155**

_____

In re: KEJUAN EVANS,

        Petitioner.

_____

On Petition for a Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:23-hc-02076-M)

_____

Submitted:  November 22, 2023                     Decided:  December 19, 2023

_____

Before WYNN and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Kejuan Evans, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kejuan Evans petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition.  He seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*